IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 20-413-1 |
| | : | |
| CHRISTOPHER LAMONT STIMPSON, JR. | : : | |

**ORDER**

**AND NOW**, this 15th day of March, 2022, after considering the motion to suppress physical evidence filed by the defendant, Christopher Lamont Stimpson, Jr. (Doc. No. 53), and the government's response in opposition thereto (Doc. No. 57); and the court having held a hearing on the motion on January 24, 2022; accordingly, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to suppress physical evidence (Doc. No. 53) is **DENIED**.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.